**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
  EDWARD MULE and MARIAN MULE,

                         Plaintiffs,

     -against-

3-D BUILDING AND CONSTRUCTION                     **ORDER**
MANAGEMENT CORP., JOSEPH DUNN,
MICHAEL DUNN, DUNN DEVELOPMENT &             CV 18-1997 (RRM) (AKT)
CONSTRUCTION CORP., 121 MAPLE AVENUE,
LLC, 139 ROYAL AVENUE, LLC, 356
BROOKHAVEN AVENUE, LLC, 21 ASPEN
ROAD, LLC, and 31 FANNING ROAD, LLC,

                         Defendants.
----------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      Presently before the Court is Plaintiffs' motion for sanctions against Defendants for spoliation of tangible and electronic evidence, pursuant to Rule 37(e) of the Federal Rules of Civil Procedure. *See* Plaintiffs' Memorandum of Law in Support of Motion for Sanctions [DE 63]; Plaintiffs' Reply Memorandum of Law in Support of Motion for Sanctions [DE 69]. Plaintiffs request that the Court enter default judgment against Defendants. *Id*. at 6. In the alternative, Plaintiffs requests that the Court direct that the jury be given an adverse inference at trial, deem certain alleged facts admitted, preclude the introduction of evidence concerning the subject matter of the spoliated evidence, or impose monetary sanctions. *Id.* Defendants oppose the motion. *See* Defendants' Memorandum in Opposition to Motion for Sanctions [DE 68].

      Plaintiffs' motion for sanctions is GRANTED, in part, and DENIED, in part. The Court's written decision will follow.

**SO ORDERED.**

Dated: Central Islip, New York
       November 30, 2020

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
United States Magistrate Judge